# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Ana Patricia De La Cruz Bautista,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-03590-PHX-RM (DMF)

**ORDER**

Petitioner challenges her present immigration detention under 28 U.S.C. § 2241, arguing she is improperly subjected to mandatory detention without a bond hearing. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 3.) Respondents' Response states:

> Respondents do not oppose the habeas petition or the request for an individualized bond hearing pursuant to 8 U.S.C. § 1226(a).

(Doc. 4.)

The Court accepts this concession as non-opposition to granting the Petition and ordering a bond hearing.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing within **seven (7) days** or release Petitioner from custody under the

same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **three (3) days** of releasing Petitioner or providing her a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 1st day of June, 2026.

_____
Honorable Rosemary Márquez
United States District Judge

- 2 -