# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Ana Patricia De La Cruz Bautista,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-03590-PHX-RM (DMF)

**ORDER**

On June 1, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered that Respondents either provide Petitioner a bond redetermination hearing or release her from custody. (Doc. 5.)  The bond hearing was to be held within seven days of the Court's Order, and Respondents were required to file a notice of compliance within three days of the hearing or of Petitioner's release.  (*Id.*)  To date, Respondents have not filed a notice of compliance.  Accordingly,

**IT IS ORDERED** that Respondents shall file a notice of compliance or a status report within **two (2) days** of the date of this Order.  Failure to comply with this Order may result in sanctions.

Dated this 27th day of July, 2026.

_____
Honorable Rosemary Márquez
United States District Judge